**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| M.S. WHOLESALE PLUMBING, INC., individually and on behalf of a class of all others similarly situated, | * * * * * | |
| Plaintiff | * | NO: 4:07CV00730  SWW |
| VS. | * * * | |
| UNIVERSITY SPORTS PUBLICATIONS CO., INC. | * * * | |
| Defendant | * * * | |

## ORDER

Before the Court is Plaintiff's motion requesting leave of court for out-of-state attorneys to appear *pro hac vice* in this case. Plaintiff asks the Court to permit William N. Riley and Joseph N. Williams, attorneys from Indiana, to appear as additional counsel for Plaintiff. The motion (docket entry #2) is GRANTED. Attorneys Riley and Williams are hereby admitted to the bar of this Court for the purpose of appearing in this case as additional counsel for Plaintiff.

IT IS SO ORDERED THIS 13TH DAY OF SEPTEMBER, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE