**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

|  |  |  |
|---|---|---|
| M.S. WHOLESALE PLUMBING, INC., individually and on behalf of a class of all others similarly situated, | * * * * * | |
| Plaintiff | * * | NO: 4:07CV00730   SWW |
| VS. | * * | |
| UNIVERSITY SPORTS PUBLICATIONS CO., INC. | * * * | |
| Defendant | * * * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 10TH DAY OF DECEMBER, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE